# CRAIG P. SCHLANGER
ATTORNEY AT LAW
201 EAST JEFFERSON STREET
SUITE 530
SYRACUSE, NEW YORK 13202-2587
TELEPHONE (315) 422-1122
FAX (315) 474-0250
E-MAIL: schlangerlaw@aol.com

November 2, 2004

FILED ELECTRONICALLY

Hon. Norman A. Mordue
United States District Judge
Northern District of New York
Syracuse, New York

    Re:    United States v. Rasue Barnett
               03-CR-243-005

Dear Judge Mordue:

This case is scheduled for sentencing on November 12, 2004. I hereby request that sentencing be adjourned for three weeks, for the following reasons:

This is one of the so-called "Boot Camp Gang" cases; as such, the Court is aware of the complex factual and legal issues presented. I received the presentence report on October 21, 2004, and reviewed the same with my client at the Broome County Jail one week later. I plan to submit objections in writing this week (within 14 days of receipt of the presentence report), and I have tentatively scheduled a sentencing conference next week. An adjournment of three weeks will give us the opportunity to complete this process and to prepare and submit a sentencing memorandum in a timely manner.

Thank you for your consideration.

                                                    Respectfully,

                                                   *Craig P. Schlanger*
                                                   Craig P. Schlanger

cc:    John M. Katko, Esq., AUSA
       Michael J. Kester, USPO
       Rasue Barnett